**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA PHILION, et al.,

         Plaintiffs,

  v.

HEBEI WELCOME PHARMACEUTICAL CO. LTD., et al.,

         Defendants.
_____/

No. C 05-04524 SI

**ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS**

     Now before the Court is a motion to stay proceedings brought by defendant Northeast Pharmaceutical Co. Ltd. Northeast seeks to have proceedings stayed until the later of 1) a ruling by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on defendant's MDL application, or 2) the resolution of any remand petition filed by plaintiffs.[1] Pursuant to Local Rule 7-1(b), the Court finds the motion suitable for resolution without oral argument and therefore VACATES the hearing set for January 13, 2006.

     Good cause appearing, the Court GRANTS defendant's motion. All proceedings in this matter will be STAYED until thirty days after the MDL Panel rules on defendant's MDL application.

**IT IS SO ORDERED.**

Dated: January 11, 2006

                              _____
                              SUSAN ILLSTON
                              United States District Judge

---

[1] In their opposition brief, plaintiffs indicate that they do not intend to file a petition for remand.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California